Jennifer A. Jackson (California Bar No. 192998)
Vanessa A. Sunshine (California Bar No. 259490)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Email:       jjackson@bryancave.com
             vanessa.sunshine@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A. (successor in interest to
COUNTRYWIDE BANK, FSB, formerly known as
COUNTRYWIDE BANK, N.A.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES POOLIS and CARMEN POOLIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE, N.A., a New York corporation; REMAX PROPERTIES WEST dba WEST COAST FINANCIAL, a California corporation; BANK OF AMERICA, N.A., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV09-00669 AWI (DLB)<br><br>Assigned to Hon. Anthony W. Ishii<br><br>**ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1.  Plaintiffs Charles and Carmen Poolis shall file a First Amended Complaint by September 23, 2009; and

2.  Defendant Bank of America, N.A. (successor in interest to Countrywide Bank, FSB, formerly known as Countrywide Bank, N.A.) shall file its response to Plaintiffs' First Amended Complaint within twenty (30) days after service of the First Amended Complaint.

IT IS SO ORDERED.


**Dated:   September 9, 2009**                    **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE