| | |
|---|---|
| 1 | Jennifer A. Jackson (California Bar No. 192998) |
| | Vanessa A. Sunshine (California Bar No. 259490) |
| 2 | **BRYAN CAVE LLP** |
| | 120 Broadway, Suite 300 |
| 3 | Santa Monica, California  90401-2386 |
| | Telephone:  (310) 576-2100 |
| 4 | Facsimile:   (310) 576-2200 |
| | Email:        jjackson@bryancave.com |
| 5 |               vanessa.sunshine@bryancave.com |

Attorneys for Defendant
BANK OF AMERICA, N.A. (successor in interest to
COUNTRYWIDE BANK, FSB, formerly known as
COUNTRYWIDE BANK, N.A.)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES POOLIS and CARMEN POOLIS, an individual, | Case No. 1:09 CV 00669 AWI DLB |
| Plaintiff, | Assigned to Hon. Anthony W. Ishii |
| v. | **ORDER RE: STIPULATION TO CONTINUE STATUS CONFERENCE TO NOVEMBER 10, 2009** |
| COUNTRYWIDE, N.A., a New York corporation; REMAX PROPERTIES WEST dba WEST COAST FINANCIAL, a California corporation; BANK OF AMERICA, N.A., a California corporation; and DOES 1-10, inclusive, | **New Date:  November 10, 2009**<br>**Time:         9:00 a.m.**<br>**Courtroom: 9 (DLB)** |
| Defendants. | Old Date:   September 30, 2009<br>Time:         9:00 a.m.<br>Courtroom:  9 (DLB) |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

The Status Conference now set in this matter for September 30, 2009, is continued to November 10, 2009, at 9:00 a.m., before United States Magistrate Judge Dennis L. Beck, in Courtroom 9 (DLB) of the above-referenced Court, located at 2500 Tulare Street, #1501, Fresno, California 93721.

Dated: 30 September 2009         /s/ *Dennis L. Beck*
                                  U.S. Magistrate Judge