IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES POOLIS, et al., | ) | 1:09cv0669 AWI DLB |
| | ) | |
| Plaintiffs, | ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| vs. | ) ) | |
| COUNTRYWIDE, N.A., et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    On April 14, 2009, Plaintiffs Charles Poolis and Carmen Poolis filed the instant Truth In Lending action against Countrywide, N.A., Remax Properties West dba West Coast Financial, Bank of America, N.A., and Wells Fargo Bank, N.A.

    On April 14, 2009, the Court issued summons along with civil new case documents.  The civil new case documents included an Order Setting Mandatory Scheduling Conference for July 21, 2009.

    Plaintiffs filed a First Amended Complaint on September 18, 2009.  Pursuant to the parties' stipulation, the Court continued the scheduling conference to November 10, 2009.

    Defendant Bank of America filed a motion to dismiss the action on October 13, 2009.  The motion is set for hearing on November 16, 2009.

    On November 10, 2009, Plaintiffs failed to appear for the Mandatory Scheduling Conference.

1

Therefore, Plaintiffs are ORDERED TO SHOW CAUSE, if any they have, why the action should not be dismissed for failure to appear.

Plaintiffs are ORDERED to file a response within **twenty (20) days** of the date of service of this order.  <u>Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders.</u>

To ensure that Plaintiffs receive notice of this Order, the Clerk of Court is ORDERED to serve the order directly on Plaintiffs at:

> 1601 Georgetown Avenue
> Turlock, California, 95382

IT IS SO ORDERED.

Dated:   **November 10, 2009**              /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

2