UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES POOLIS and CARMEN POOLIS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE, N.A., a New York corporation; REMAX PROPERTIES WEST dba WEST COAST FINANCIAL, a California corporation; BANK OF AMERICA, N.A., a Delaware Corporation; COUNTRYWIDE BANK, N.A., a California Corporation and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CIV-F-09-0669 AWI DLB<br><br>ORDER VACATING HEARING OF NOVEMBER 16, 2009 |

　　　　Defendant Bank of America as itself and successor in interest to Countrywide Bank has made a motion to dismiss for failure to state a claim, or in the alternative, to strike portions of the amended complaint.  The matter is scheduled for oral argument on November 16, 2009.  Plaintiffs have filed no opposition and the deadline for doing so has passed.  However, it has come to light that Plaintiffs' attorney tendered his resignation as a member of the State Bar of California with disciplinary charges pending on November 3, 2009.  Thus, it is not clear who, if anyone, is representing Plaintiffs in this action.  IT IS HEREBY ORDERED that the previously set hearing date of November 16, 2009, is VACATED, and no party shall appear at that time.

1

1 | The court will issue further instructions about these motions and representation in this case.

3 | IT IS SO ORDERED.

4 | **Dated:     November 12, 2009**               /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE