# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES POOLIS and CARMEN POOLIS, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTRYWIDE, N.A., a New York corporation; REMAX PROPERTIES WEST dba WEST COAST FINANCIAL, a California corporation; BANK OF AMERICA, N.A., a Delaware Corporation; COUNTRYWIDE BANK, N.A., a California Corporation and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIV-F-09-0669 AWI DLB<br><br>ORDER RESETTING HEARING FOR AUGUST 9, 2010 |

　　Defendant Bank of America's motion to dismiss is rescheduled for hearing on August 9, 2010 at 1:30 PM in courtroom 2.  As Plaintiffs' attorney Timothy Thurman has been disbarred, the court will consider Plaintiffs as pro se litigants unless they find alternate representation.  Plaintiffs Charles and Carmen Poolis are advised that written opposition to the motion or a statement of non opposition is due on July 26, 2010.  The clerk's office is directed to serve a copy of this order and Defendant's motion (Doc. 17) to Plaintiffs by mail at 1061 George Town Ave., Turlock, CA 95382.

IT IS SO ORDERED.

Dated:　June 22, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1