UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES POOLIS and CARMEN POOLIS, an individual,<br><br>         Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE, N.A., a New York corporation; REMAX PROPERTIES WEST dba WEST COAST FINANCIAL, a California corporation; BANK OF AMERICA, N.A., a Delaware Corporation; COUNTRYWIDE BANK, N.A., a California Corporation and DOES 1-10, inclusive,<br><br>         Defendants. | CIV-F-09-0669 AWI DLB<br><br>ORDER VACATING HEARING OF AUGUST 9, 2010 AND TAKING MATTER UNDER SUBMISSION |

    Defendant Bank of America as itself and successor in interest to Countrywide Bank has made a motion to dismiss for failure to state a claim, or in the alternative, to strike portions of the amended complaint.  The matter is scheduled for oral argument on August 9, 2010.  Plaintiffs have filed no opposition and the deadline for doing so has passed.  Plaintiffs are no longer entitled to be heard at oral argument. See Local Rule 230(c).  The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 9,

2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:     August 5, 2010                              _____
                                                       CHIEF UNITED STATES DISTRICT JUDGE